MITCHELL KENNERLEY, JR., et al., on Behalf of Themselves and Other Similarly Situated Consumers of Telephone Service Supplied by the New York Telephone Company, Appellants, *v*. NEW YORK TELEPHONE COMPANY, Respondent.

Argued April 5, 1949; decided April 20, 1949.

*Amos Basel, Henry Kohn* and *George Frankenthaler* for appellants.

*Frank A. Fritz, Arthur C. Patterson, Anthony T. Antinozzi, Carl M. Abromeit* and *Ralph W. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.